1  BLANK ROME LLP
   Todd A. Boock (SBN 181933)
2  TBoock@BlankRome.com
   Robert P. Merten III (SBN 261446)
3  RMerten@BlankRome.com
   1925 Century Park East, 19th Floor
4  Los Angeles, CA  90067
   Telephone:  424.239.3400
5  Facsimile:   424.239.3434

6  Attorneys for Defendant
   BANK OF AMERICA, NATIONAL ASSOCIATION
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | KAREN KING, | Case No. CV12-04168 JCS |
   | --- | --- |
12 |            Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION TO RESPOND TO THE COMPLAINT** |
13 |      vs. | |
14 | BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, | |
15 | | |
16 | | |
17 |            Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

136045.38200/95087383v.2

**STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION
TO RESPOND TO THE COMPLAINT - CASE NO. CV12-04168 JCS**

IT IS HERBY STIPULATED by and between Plaintiff Karen King ("Reyes") and Defendant Bank of America, National Association ("BANA"), through their respective counsel of record that BANA's time to file a response to King's Complaint shall be extended from August 15, 2012 to August 20, 2012.  This Stipulation will not alter the date of any event or any deadline already fixed by Court order.

## AGREEMENT

IT IS NOW THEREFORE AGREED by and between the parties hereto and through their respective counsel that:

The deadline for BANA's Response to Complaint is August 20, 2012.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

DATED:  August 15, 2010          BLANK ROME LLP

By: /s/ Robert P. Merten III
    Robert P. Merten III
Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION


DATED:  August 15, 2010          BLANK ROME LLP

By:  /s/ Elliot Gale
     Elliot W. Gale
Attorneys for Plaintiff
KAREN KING

136045.38200/95087383v.2                 1

**STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION TO RESPOND TO THE COMPLAINT - CASE NO. CV12-04168 JCS**

**ATTESTATION**

I hereby certify that for all conformed signatures indicated by a /s/ I have obtained concurrence in the filing of the document which shall serve in lieu of signature(s) on the document.

DATED:  August 15, 2012          BLANK ROME LLP


By: s/ Robert P. Merten III
    Robert P. Merten III
Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION

Dated: August 21, 2012



IT IS SO ORDERED
Judge Joseph C. Spero

136045.38200/95087383v.2

2

**STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION TO RESPOND TO THE COMPLAINT - CASE NO. CV12-04168 JCS**