BLANK ROME LLP
Todd A. Boock (SBN 181933)
TBoock@BlankRome.com
Robert P. Merten III (SBN 261446)
RMerten@BlankRome.com
1925 Century Park East, 19th Floor
Los Angeles, CA  90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN KING,<br><br>     Plaintiff,<br><br> vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>     Defendants. | Case No. CV12-04168 JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION TO ANSWER COMPLAINT** |

136045.38200/95094638v.1

**STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION TO ANSWER COMPLAINT - CASE NO. CV12-04168 JCS**

IT IS HEREBY STIPULATED by and between Plaintiff Karen King ("King") and Defendant Bank of America, National Association ("BANA"), through their respective counsel of record that BANA's time to file an Answer to King's Complaint shall be extended from October 15, 2012 to October 31, 2012.  This Stipulation will not alter the date of any event or any deadline already fixed by Court order.

## AGREEMENT

IT IS NOW THEREFORE AGREED by and between the parties hereto and through their respective counsel that:

The deadline for BANA to Answer the Complaint is October 31, 2012.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

DATED:  October 12, 2012         BLANK ROME LLP

By: s/ Robert P. Merten III
Robert P. Merten III
Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION

DATED:  October 12, 2012         SCOTT J. SAGARIA, ESQ.
SAGARIA LAW, P.C.

By  /s/ Scott J. Sagaria
Scott J. Sagaria
Attorneys for Plaintiff

**ATTESTATION**

I hereby certify that for all conformed signatures indicated by a /s/ I have obtained concurrence in the filing of the document which shall serve in lieu of signature(s) on the document.

DATED: October 15, 2012        BLANK ROME LLP

By: s/ Robert P. Merten III
Robert P. Merten III
Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION

Dated: Oct. 16, 2012



IT IS SO ORDERED
Judge Joseph C. Spero

136045.38200/95094638v.1

2

**STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION TO ANSWER COMPLAINT - CASE NO. CV12-04168 JCS**