1

BLANK ROME LLP
Todd A. Boock (SBN 181933)

2

TBoock@BlankRome.com
Robert P. Merten III (SBN 261446)

3

RMerten@BlankRome.com
1925 Century Park East, 19th Floor

4

Los Angeles, CA  90067
Telephone:   424.239.3400

5

Facsimile:   424.239.3434

6

Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION

7

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

11

KAREN KING,

Case No. CV12-04168 JCS

12

Plaintiff,

**STIPULATION TO EXTEND
TIME FOR DEFENDANT BANK
OF AMERICA, NATIONAL
ASSOCIATION TO ANSWER
COMPLAINT**

13

vs.

14

BANK OF AMERICA, NATIONAL
ASSOCIATION an FDIC insured

15

corporation and DOES 1 through 100
inclusive,

16

17

Defendants.

18

19

20

21

22

23

24

25

26

27

28

136045.38200/95094638v.1

IT IS HEREBY STIPULATED by and between Plaintiff Karen King ("King") and Defendant Bank of America, National Association ("BANA"), through their respective counsel of record that BANA's time to file an Answer to King's Complaint shall be extended from October 15, 2012 to October 31, 2012.  This Stipulation will not alter the date of any event or any deadline already fixed by Court order.

## AGREEMENT

IT IS NOW THEREFORE AGREED by and between the parties hereto and through their respective counsel that:

The deadline for BANA to Answer the Complaint is October 31, 2012.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,


DATED:  October 12, 2012          BLANK ROME LLP



                                  By: s/ Robert P. Merten III
                                  _____
                                      Robert P. Merten III
                                  Attorneys for Defendant
                                  BANK OF AMERICA, NATIONAL
                                  ASSOCIATION

DATED:  October 12, 2012          SCOTT J. SAGARIA, ESQ.
                                  SAGARIA LAW, P.C.

                                  By  /s/ Scott J. Sagaria
                                  _____
                                      Scott J. Sagaria
                                  Attorneys for Plaintiff

**STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION TO ANSWER COMPLAINT - CASE NO. CV12-04168 JCS**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I hereby certify that for all conformed signatures indicated by a /s/ I have

obtained concurrence in the filing of the document which shall serve in lieu of

signature(s) on the document.

DATED:  October 15, 2012          BLANK ROME LLP

By: s/ Robert P. Merten III
_____
    Robert P. Merten III
Attorneys for Defendant
BANK OF AMERICA, NATIONAL
ASSOCIATION

Dated:  Oct. 16, 2012



IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION
TO ANSWER COMPLAINT - CASE NO. CV12-04168 JCS**