1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN KING,<br><br>                    Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>                    Defendants. | Case No. CV12-04168 JCS<br><br>[Hon. Joseph C. Spero]<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF LITIGATION DEADLINES PENDING SETTLEMENT DISCUSSIONS**<br><br>[*Filed Concurrently with Stipulation*]<br><br>Current Hearing Date:   11-9-12<br>Time:                               1:30 p.m.<br>Courtroom:                      G |

136045.38200/95096234v.1

**[PROPOSED] ORDER EXTENDING LITIGATION DEADLINES -- CASE NO. CV12-04168 JCS**

1  Having considered the parties' Stipulation to Extend Litigation Deadlines
2  Pending Settlement Discussions,
3  THE COURT ORDERS:
4  1. The Case Management Conference shall be continued from November 9,
5  2012 to December ~~10~~ 07, 2012, at 1:30 p.m. in Courtroom G;
6  2. The parties must file their Joint Case Management Statement by
7  ~~December 3, 2012~~ November 30, 2012; and
8  3. BANA's Answer to the Complaint is due to be filed by November 30,
9  2012.

11  IT IS SO ORDERED.

13  DATED: 10/29/12



Hon. Joseph C. Spero
United States District Court Judge

IT IS SO ORDERED AS MODIFIED

136045.38200/95096234v.1           1
**[PROPOSED]** ORDER EXTENDING LITIGATION DEADLINES -- CASE NO. CV12-04168 JCS