Scott J. Sagaria (SBN 217981)
sjsagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
egale@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 620
San Jose, CA 95110
Telephone: 408.279.2288
Facsimile: 408.279.2299
Attorneys for Plaintiff
KAREN KING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN KING, | CASE NO. 3:12-cv-04168-JCS |
| Plaintiff, | |
| vs. | |
| BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, | NOTICE OF SETTLEMENT |
| Defendants. | |

**TO ALL PARTIES, THEIR COUNSEL OF RECORD AND THE COURT:**

**PLEASE TAKE NOTICE THAT** plaintiff Karen King and defendant Bank of America, N.A. (collectively, the "Parties"), by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

The Parties respectfully request that all pending dates be vacated.

Respectfully submitted,

Dated: January 10, 2013  **SAGARIA LAW, P.C.**

By: /s/ Elliot Gale
Scott Sagaria
Elliot Gale
Attorneys for Plaintiff
KAREN KING