SCOTT J. SAGARIA (CA # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (CA # 263326)
Egale@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

Todd A. Boock (SBN 181933)
TBoock@BlankRome.com
Robert P. Merten III (SBN 261446)
RMerten@BlankRome.com
**BLANK ROME LLP**
1925 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN KING,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: 3:12-cv-04168-JCS<br><br>STIPULATED REQUEST FOR DISMISSAL |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

STIPULATED REQUEST FOR DISMISSAL - 1

| | |
|---|---|
| | **Sagaria Law, P.C.** |
| Dated:   February 8, 2013 | /s/ Elliot Gale |
| | Scott Sagaria, Esq.<br>Elliot Gale, Esq.<br>Attorneys for Plaintiff |
| | **Blank Rome LLP.** |
| Dated: February 8, 2013 | /s/ Robert Merten III<br>Todd Boock, Esq.<br>Robert Merten III, Esq. |

### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: 02/11/13

_____
UNITED STATES MAGISTRATE JUDGE

*Judge Joseph C. Spero*